IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMETRIS MCNUTT**                                                                      **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 1:09cv205HSO-JMR**

**KEN BROADUS, MIKE NUTEFALL,**
**MIKE BYRD, and CINDY STEWART**                                            **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [39] of Chief United States Magistrate Judge John M. Roper. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this matter be, and hereby is, dismissed with prejudice pursuant to FED. R. CIV. P. 56.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk of Court mail, via certified mail, a copy of the Order Adopting Report and Recommendation and this Final Judgment to Plaintiff at his last known address.

**SO ORDERED AND ADJUDGED**, this the 23rd day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE